# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**RITA OTILIA ARANA ARVELO**<br>**xxx–xx–2915**<br><br>Debtor(s) | Case No. **22–02704 EAG**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 9/14/22 |

*ORDER*

The motion requesting that the §341 meeting of creditors be held by written interrogatory or telephone conference (docket entry #6) is GRANTED, without prejudice to the trustee's subsequent request for an in personam meeting.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, September 14, 2022 .

Edward A. Godoy
United States Bankruptcy Judge